Form 3A
(10/05)

# United States Bankruptcy Court

District Of ___Illinois___

In re ___[handwritten]___,   Case No. __07-14240__
       Debtor
                                Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   75.74  ☑ Check one  ☑ With the filing of the petition, or
                       ☐ On or before _____
   74.42  on or before __9/7/07__
   74.42  on or before __10/7/07__
   74.42  on or before __11/7/07__

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS

   AUG - 8 2007

   KENNETH S. GARDNER, CLERK
   PS REP. - RD

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____    [signature]    8-7-07
Signature of Attorney       Date      Signature of Debtor    Date
                                      (In a joint case, both spouses must sign.)

_____              [signature]             8-7-07
Name of Attorney                      Signature of Joint Debtor (if any)    Date

AUG 0 8 2007                          **KENNETH S. GARDNER**
                                      Clerk, U.S. Bankruptcy Court